Novo Law Firm
299 Broadway, 17th Fl.
New York, NY 10007

Client: Robert Ortiz
D/A: July 10, 2014
RE: Substitution

To Whom It May Concern:

    Please be advised that I have retained Liakas Law, P.C. to be substituted in your place in connection with my case dated July 10, 2014.

    You are hereby directed to take absolutely no further action on my behalf and turn over my complete file to Liakas Law, P.C. immediately.

    Please contact my attorney at Liakas Law, P.C. to arrange to have my file transferred. Further, please do not call or attempt to contact me in any way, all future correspondence shall be directed to Liakas Law, P.C.

    Thank you for your cooperation.

Very truly yours,

*Robert Ortiz*