**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
ROBERT ORTIZ,

                        Plaintiff,                  **CHANGE OF ADDRESS**

   -against-

                                                15-CV-5724 (AMD) SMG)


THE CITY OF NEW YORK

                        Defendant(s).
-------------------------------------------------------------------x

Please take notice that Paul Prestia, Esq., duly admitted to practice in this court, and counsel for Plaintiff, Robert Ortiz, in the above-matter, gives notice of change of address.


_/s/_____

Paul Prestia

The Prestia Law Firm, PLLC

65 Broadway, Suite 13th Floor

New York, NY 10006

(212) 430-6313