ORIGINAL

To
Magistrate Steven M. Gold
Judge Ann M. Donnelly

RECEIVED FEB 28 2018 PRO SE OFFICE

I am requesting Pro Se on my claim # 1:15 CV-03724.

The reason I'm requesting this your honors because I've been getting the run around and lied to by my attorneys, my perevious civil attorney stole $30,000.
I've been told that my discovery was not needed because the officer that shot me was already found guilty at CCRB. My civil claim is excessive force not false arrest

I asked my attorney not to consent to any ajurnments, I was offered funds by my attorney already

In 2014 I was shot and beaten up by NYPD. Spent 3 years in jail on a forged inditment. I went thru 8 attorneys. All I want is justice. I have notified my attorneys on this matter

Robert Ortiz

ORIGINAL

Robert Ortiz
235 Lott ave 1A
Brooklyn NY 11212

cell # 1(347)720-6806

*[signature: Robert Ortiz]*

Robert Ortiz
Has Also Emaid a
Copy to flouwing
Ellie Amanda Silverman
Stephen John Liakas

Paul V. Prestia.

Robert Ortiz
230 Lotts
Brooklyn NY
Apt 1A